☐ **Mark this box if this form contains Restricted Information.**

**DISTRICT COURT OF MARYLAND FOR** _____
City/County

Located at _____   Telephone _____
Court Address

Case No. _____

*NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.*

Wahan Harlee                                    vs.   Clark Cheney
Petitioner (Person seeking protection)                Respondent (Person alleged to have committed the prohibited act)

1030 Grosvenor Pl                               407 U Street NW, District of Columbia
Street Address, Apt. No.                        Street Address, Apt. No.

North Bethesda, MD 20852    Home: _____      Washington DC 20001   Home: 202-253-2500
City, State, Zip            Work: 443-804-0372  City, State, Zip      Work: 7195
                            Telephone Number(s)                       Telephone Number(s)

## PETITION FOR PEACE ORDER
### (Courts and Judicial Proceedings § 3-1503)

If this submission contains Restricted Information (confidential by statute, rule, or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.

1. I (the petitioner) am seeking protection from the respondent ___Clark Cheney___ for
   Name
   ☑ myself  ☐ a minor child over whom I have custody or guardianship  ☐ my minor child(ren) who is/are not in my custody

   _____   ☐ an adult over whom I have guardianship or Power of Attorney
   Name(s) of children

   _____   ☐ my employee _____ for an
   Name                                              Name

   act or acts that occurred at the employee's workplace
   as a result of the following act(s) committed by the respondent **within the last 30 days** on the dates stated below
   **(check all that apply):**

   ☐ kicking ☐ punching ☐ choking ☐ slapping ☐ shooting ☐ hitting with object ☐ stabbing ☐ shoving
   ☐ threats of violence ☑ harassment ☑ stalking ☐ detaining against will ☐ trespass
   ☐ malicious destruction of property   ☐ misuse of telephone facilities and equipment
   ☐ misuse of electronic communication or interactive computer service ☐ revenge porn ☐ visual surveillance
   ☐ other _____

   The details of what happened are: On September 25, 2024, authorities were contacted by
   (Give specific details of what happened, when and where it happened, and any injuries sustained.)
   Clark Cheney under false pretenses. Clark Cheney has threatened my life and safety
   on multiple occasions including from April. The dates are April 29,
   30, July 9, August 23 (all in 2024) and the most recent being on September
   25, 2024. Clark lies to police and states I have a gun and threaten to use
   it on him and the police come to my house. Clark has even stalked my
   relatives as well on September 25, 2024.

2. ☐ I am filing this petition on behalf of my minor child(ren) who is/are not in my custody. The minor child(ren) is/are in the
      care, custody or guardianship of: _____ , who resides at:
                                         Name
      _____
      Address

3. ☐ I am the legal guardian of the minor child(ren) for whom relief is sought. The parents of the child(ren) are:

   | Child's Name | Parent's Name | Parent's Address |
   |---|---|---|
   | | | |
   | | | |
   | | | |
   | | | |

4. I know of the following court cases involving the respondent and the person(s) for whom I am seeking protection:

   | Court | Kind of Case | Year Filed | Results or Status (if you know) |
   |---|---|---|---|
   | | | | |
   | | | | |
   | | | | |

DC-PO-001 (Rev. 08/2024)                    Page 1 of 2                                            PETPC

5. Describe all other harm the respondent has caused to the person(s) for whom you are seeking protection, and give date(s), if known: _Purposely Calling relatives at their job to tell false information about a nonexistent gun threat. Clark has a weird obsession with trying to portray me as a Criminal._

6. I want the respondent to be ordered:
   ☑ NOT to commit or threaten to commit any of the acts listed above against _Meghan Harlee_
                                                                                   Name

   ☑ NOT to contact, attempt to contact, or harass _Meghan Harlee_
                                                                                   Name

   ☐ NOT to go to the residence(s) at _____
                                                             Address

   ☐ NOT to go to the school(s) at _____
                                              Name of school and address

   ☐ NOT to go to the workplace(s) at _____

   ☐ To go to counseling.   ☐ To go to mediation.   ☑ To pay the filing fees and court costs.

   ☐ Other specific relief: _____

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_10/15/2024_                                             _Meghan Harlee_
Date                                                                  Petitioner

## NOTICE TO PETITIONER

Any individual who knowingly provides false information in a Petition for Peace Order is guilty of a misdemeanor and on conviction is subject to a fine not exceeding $1,000 or imprisonment not exceeding 90 days or both.

If you are an employer, you must notify the employee **before** filing a Petition for Peace Order. An employer may not retaliate against an employee who does not provide information for or testify at a peace order proceeding.

**DISTRICT COURT OF MARYLAND FOR** Montgomery County
City/County

Located at 191 E Jefferson Street Rockville MD 20850
Court Address

Case No. _____

Meghan Harlee                    vs.    Clark Cheney
Petitioner                                    Respondent

## PEACE ORDER SUPPLEMENT

### Dating Violence

1. Do you contend that YOU are (or were) in a dating relationship whereby the respondent engaged in a course of conduct with the intent to kill, injure, intimidate, or harass you in a manner that placed you in a reasonable fear of death or physical harm?

    Yes ☐    No ☑

### Sexual Assault

2. Do you contend that the respondent engaged in a sexual assault against you and without your consent that placed you in fear of physical harm or danger?

    Yes ☐    No ☑

### Stalking

3. Do you contend that the respondent has engaged in a malicious course of conduct in which the respondent approached or pursued you with the intent to place you in reasonable fear of serious bodily injury or death?

    Yes ☑    No ☐

_____
Signature of Petitioner

DC/PO 1S (Rev. 2/2003)

☐ Mark this box if this form contains Restricted Information.

**DISTRICT COURT OF MARYLAND FOR** _____

Located at _____   City/County _____
Court Address   Telephone _____
Case No. _____

NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.

~~¯¯¯¯¯¯¯¯¯¯¯¯¯¯¯¯~~ Clark Cheney
Respondent's Name

## PETITION FOR PROTECTION/PEACE ORDER
## CONTINUATION SHEET

Page ____ of ____

If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.

Clark Cheney is a former colleague that is harassing me post termination. I was fired on April 29, 2024, and Clark has purposely called police on April 29, 30, July 9, August 23, and September 25, 2024 to spread a lie that I threatened another colleague with a gun. It has been 6 months and he will not stop. I have received verbal threats that he will not stop until he can get a peace order against me and I am jailed. Clark Cheney calls the police and tells them that I am in the house with a gun. He also has told police that I am a gang member. The officer that came out on August 23, 2024, from Montgomery County Sheriffs Office, suggested I get a peace order against Clark. I went to the Commissioner but my relief was denied. The Commissioner stated that him calling the police and lying about a gun was "a nuisance" but not against the law. The Commissioner also stated that he felt that Clark would not do it again, but he called the police again on September ~~28~~ 25, 2024.

10/15/2024                                    [signature]
Date                                          Petitioner's Signature

DC-DV-PO-001C (Rev. 08/2024)

☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR _____
City/County

Located at _____  Case No. _____
Court Address

__Meghan Harlee__         vs.    __Clark Cheney__
Petitioner                                  Respondent

## ADDENDUM TO PETITION FOR PEACE ORDER

> Failure to provide information on this addendum may prevent law enforcement from processing the court's Peace Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible.

### DESCRIPTION OF RESPONDENT

| Field | Value |
|---|---|
| Full Name: | Clark Cheney |
| Date of Birth: | October [redacted] |
| Approximate Age: | 49 |
| Race: | W |
| Sex: | M |
| Height: | 6'0 |
| Weight: | |
| Hair Color: | Br |
| Eye Color: | Br |
| Skin Tone (Light/Medium/Dark): | |
| Scars, Tattoos (where on body and description): | N/A |
| Home Address: | 407 U Street NW, Washington DC 20001 |
| City, State, Zip: | |
| Telephone/Cell Phone Number: | 202-253-7195 |
| Employer: | United States International Trade Commission, 500 E St SW, Washington DC 20436 |
| Work Hours: | 9-5pm |
| Work Address: | Washington DC 20436 |
| City, State, Zip: | N/A |
| Telephone Number: | |
| Vehicle Make: | |
| Model/Color: | |
| Year: | |
| Tag #: | |
| Weapons: | |
| Other locations or information about Respondent: | |

### PETITIONER
(Person Requesting Assistance)

| Field | Value |
|---|---|
| Full Name: | Meghan Harlee |
| Date of Birth: | 11/21/1995 |
| Age: | 28 |
| Race: | B |
| Sex: | F |
| Height: | 5'7 |
| Weight: | |

### INFORMATION ABOUT OTHER PERSONS FOR WHOM PETITIONER REQUESTS RELIEF

| Full Name: | Race: | Sex: | Date of Birth: | Weight: | Approx. Age: |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Petitioner's Signature: _Meghan Harlee_     Date: 10/15/2024

Petitioner's Telephone Number: 443-804-0372

CC-DC-PO-001A (Rev. 01/2024)





# DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

191 EAST JEFFERSON ST, ROCKVILLE, MD 20850
301-563-8895

Case No. D-06-CV-24-826898

## MEGHAN HARLEE  vs  CLARK CHENEY

### ADDENDUM TO PETITION FOR PEACE ORDER

Failure to provide information on this addendum may prevent law enforcement from processing the court's Peace Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible.

## DESCRIPTION OF RESPONDENT

| Full Name: CHENEY, CLARK | | | | | | Date of Birth: | Approximate Age: 49 |
|---|---|---|---|---|---|---|---|
| Race: W | Sex: M | Height: 6' 0" | Weight: | Hair Color: BRO | Eye Color: BRO | Skin Tone (Light/ Medium/ Dark): | |

Scars, Tattoos (where on body and description):
N/A

Home Address
407 U STREET NW

City, State, Zip
WASHINGTON, DC 20001

Telephone/Cell Phone Number:
202-253-7195

| Employer: UNITED STATES INTERNATIONAL TRADE COMMISION | Work Hours: 9-5 |
|---|---|

Work Address
500 E ST SW

| City, State, Zip WASHINGTON, DC 20436 | Telephone Number: |
|---|---|

| Vehicle Make: | Model/ Color: | Year: | Tag#: |
|---|---|---|---|

Weapons:

Other locations or information about Respondent:

## PETITIONER
(Person Requesting Assistance)

| Full Name: HARLEE, MEGHAN | | | | Date of Birth: 11/21/1995 | Approximate Age: 28 |
|---|---|---|---|---|---|
| Race: B | Sex: F | Height: 5' 7" | Weight: | | |

Date ...... 10/15/2024 ...................... Petitioner's Signature ..........................

Petitioner's Telephone Number: ..........................
CC-DC-PO-001A (Rev. 01/2024)