

 **DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY**

191 EAST JEFFERSON ST, ROCKVILLE, MD  20850    Case No. D-06-CV-24-826898
301-563-8895

### MEGHAN HARLEE   vs   CLARK CHENEY

### CASE SUMMARY

| | | | |
|---|---|---|---|
| **Type:** PORD | **Filing Date:** 10/15/2024 | **Xfer From:** | **CC:** |
| **Status:** ACTIVE | **Current Dist/Loc:** 0601 | | |

**Related Persons:**

| Conn Code | Name | Age/DOB |
|---|---|---|
| PET | HARLEE, MEGHAN | 28 - 11/21/1995 |
| RES | CHENEY, CLARK | 49 |

**Addresses:**

| PType | Name | AType | Address |
|---|---|---|---|
| PET | HARLEE, MEGHAN | HOME | 10301 GROSVENOR PL, NORTH BETHESDA, MD, 20852 |
| PET | HARLEE, MEGHAN | WORK | |
| RES | CHENEY, CLARK | HOME | 407 U STREET NW, WASHINGTON, DC, 20001 |
| RES | CHENEY, CLARK | WORK | UNITED STATES INTERNATIONAL TRADE COMMISION, 500 E ST SW, WASHINGTO |

**Hearings:**

| Hearing Date | Type | D/L | Status | Reason |
|---|---|---|---|---|
| 10/15/2024 | TEMP | 0601 | Complete | |
| 10/22/2024 | TEMP | 0602 | Complete | |
| 10/29/2024 | FINL | 0602 | Untouched | |

**Orders/Services:**

| Order Issued | Type | Valid Thru | Svc Type | Date Served | Svc Result | Ofcr/Agcy |
|---|---|---|---|---|---|---|
| 10/15/2024 | TEMP | 10/22/2024 | Sheriff | 10/22/2024 | NE | 6259/ZO  15 |
| 10/22/2024 | TEMP | 10/29/2024 | Sheriff | | | ZO  15 |

**Petitions:**

| Filing Date | Type | Motioner | Decision Date | Status |
|---|---|---|---|---|

**Money:**

| Assessed On | Fee Description | Amount | Status | Receipt |
|---|---|---|---|---|



1