**DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY**

8552 SECOND AVENUE, SILVER SPRING, MD 20910
301-563-8500



Case No. D-06-CV-24-826898

### MEGHAN HARLEE vs CLARK CHENEY
### TEMPORARY PEACE ORDER (MODIFIED)
(Courts & Judicial Proceedings § 3-1504)

After the appearance of the petitioner

A. Considering the petition and evidence, the court finds reasonable grounds to believe that within 30 days before the filing of the petition, the respondent committed the following act(s) against:

  1. the petitioner

     harassment

  2. And is likely to commit a prohibited act against the person for whom relief is sought in the future.

**The court ORDERS:**

1. Unless stated otherwise below, this order is effective through 11/12/2024.

2. The respondent SHALL NOT commit or threaten to commit any of the following acts against the person for whom relief is sought; an act which causes serious bodily harm; an act that places the person for whom relief is sought in fear of imminent serious bodily harm; assault; false imprisonment; harassment; stalking; trespass; malicious destruction of property; misuse of telephone facilities and equipment; misuse of electronic communication or interactive computer service; revenge porn; or visual surveillance.

3. Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact the person for whom relief was sought.

4. Respondent SHALL NOT enter the residence of the person for whom relief was sought at 10301 GROSVENOR PL, NORTH BETHESDA, MD, 20852 or wherever they resides.
   (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling)

5. This order supersedes and overrides any previously entered Interim Peace Order issued by a commissioner.

A FINAL PEACE ORDER HEARING SHALL BE HELD ON 11/12/2024, AT 08:30AM AT DISTRICT COURT AT 8552 SECOND AVENUE, SILVER SPRING, MD 20910 IN ROOM 402.

If the court is closed unexpectedly on the day this Temporary Peace Order expires, the order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at 08:30 AM.

NOTICE TO ALL PARTIES: Please bring all photos, documents and other evidence that you may have with you to court on your hearing date.

This temporary order which was issued on 10/15/2024 by Judge PATRICK J. MAYS is hereby extended for not more than 30 days until 11/12/2024 by Judge AILEEN ELIZABETH OLIVER.

| New Hearing Date | Judge | Date |
|---|---|---|
| 10/29/2024 | EUGENE WOLFE | 10/22/2024 |
| 11/12/2024 | AILEEN ELIZABETH OLIVER | 10/28/2024 |

CC-DC-PO-002JO (Rev.01/2024)  Page 1 of 2



 

# DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

8552 SECOND AVENUE, SILVER SPRING, MD 20910
301-563-8500

Case No. D-06-CV-24-826898

## MEGHAN HARLEE vs CLARK CHENEY
### TEMPORARY PEACE ORDER (MODIFIED)

All above terms and conditions issued by Judge PATRICK J. MAYS on 10/15/2024 are hereby extended until 11/12/2024.

10/28/2024

_____
JUDGE AILEEN ELIZABETH OLIVER

0CG
ID Number

### NOTICE TO RESPONDENT

A Peace Order petition alleges that you have committed one or more prohibited acts. On the basis of the petition this Temporary Peace Order has been issued. Violation of this Temporary Peace Order may be a crime or contempt of court or both, and may result in criminal prosecution and imprisonment or fine or both.

In order to respond to the allegation(s) contained in the petition, you must appear in court at the Final Peace Order hearing on the date, time, and location indicated on page 1 of this Temporary Peace Order. If at the hearing the court finds by a preponderance of the evidence that a prohibited act occurred within 30 days before the filing of the petition, and is likely to occur in the future, the court may issue a Peace Order against you whether you appear or fail to appear, and may order all or part of the relief requested by the petitioner or granted in the Temporary Peace Order. A peace order (Interim, Temporary or Final) may order the respondent not to commit or threaten to commit a prohibited act; not to contact, attempt to contact, or harass the person for whom protection is sought; not to enter a residence of the person for whom protection is sought; and to stay away from any place of employment, school, or temporary residence of the person for whom protection is sought. A Final Peace Order may be effective for as long as six (6) months and can be extended an additional six (6) months for good cause, after notice to parties and a hearing.

If you fail to appear in court and a Final Peace Order is issued against you, you may be served by first class mail at your last known address with the Final Peace Order and all other notices concerning the Peace Order. The Peace Order will be valid and enforceable whether you are, or are not in court and whether you do, or do not actually receive it. You also may obtain a copy of the Peace Order from the District Court clerk. You must notify the court in writing of any change of address.

### NOTICE TO ALL PARTIES

Each party may be represented by an attorney at the Peace Order hearing. Due to the emergency nature of the hearing, however, the hearing may be held even if a party requests more time to obtain an attorney.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

If the court is closed on the day this Temporary Peace Order expires, the order will remain in effect until the second day the court is open. The Final Peace Order hearing will be held at 08:30 AM.

CC-DC-PO-002JO (Rev.01/2024)

True Test Copy
_____
Administrative Clerk

By: _AB_  Date: 10/28/2024