

# DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

191 EAST JEFFERSON ST, ROCKVILLE, MD 20850
301-563-8895

Case No. D-06-CV-24-826898

MEGHAN HARLEE   vs   CLARK CHENEY

PEACE ORDER DOCKET



True Test Copy
_Heather S Hefi_
Administrative Clerk

By: _AB_   Date: 10/28/2024

## INTERIM PEACE ORDER

☐ Granted
☐ Petition is Denied because:
  ☐ Petitioner is a person eligible for relief as defined in §4-501 of the Family Law Article.
  ☐ No reasonable grounds to believe respondent committed a prohibited act within 30 days before the petition was filed.
  ☐ No reasonable grounds to believe respondent is likely to commit a prohibited act in the future.
  ☐ Other _____

_____  _____  _____
Date                  Commissioner            ID Number

Temporary Hearing Date _____   Tentative Final Hearing Date _____
☐ Law Enforcement service received by  ☐ Clerk _____ Initials   ☐ Commissioner _____ Initials

## TEMPORARY PEACE ORDER

Person(s) appearing in person:
☑ Petitioner   ☐ Petitioner's counsel
☐ Respondent  ☐ Respondent's counsel  ☐ Petitioner's Employee

Person(s) appearing remotely via videoconference:
☑ Petitioner   ☐ Petitioner's counsel
☐ Respondent  ☐ Respondent's counsel  ☐ Petitioner's employee

☑ Granted

☐ Denied because:
  ☐ No statutory basis for relief
  ☐ Petitioner could not meet required burden of proof
  ☐ Other _____

☐ Dismissed because:
  ☐ Petitioner failed to appear
  ☐ Lack of service - exceeded the statutory time limit (30 days)
  ☐ Petitioner requested dismissal
  ☐ Lack of personal jurisdiction  ☐ Improper venue
  ☐ Other _____

_[signature]_  _____
Judge                       ID Number

Date: 10/15/24
Final Hearing Date: 10/22/24

☐ Papers mailed to respondent by _____ on _____
                                   Clerk's Initials    Date

☐ Papers given to Law Enforcement by _____ on _____
                                      Clerk's Initials    Date

☐ Temporary Order served by hand-delivery to respondent by
  _____ on _____
  Clerk's Initials    Date

## FINAL PEACE ORDER

Person(s) present:
☐ Petitioner   ☐ Petitioner's counsel
☐ Respondent  ☐ Respondent's counsel  ☐ Petitioner's employee

☐ Granted

☐ Denied because _____

_____

☐ Dismissed because _____

_____
Judge                       ID Number

_____
Date

| DATE | COMMENTS AND SUBSEQUENT ACTION |
|---|---|
| 10/22/24 | No service, Extend Order, Reset to 10/29/24  E. Wolfe |

DC-SPF-DOC-004 PEACE ORDER DOCKET (Rev. 10/16/2023)