set for hearing.

*Patrick Mays*

RECEIVED
OCT 16 2024
DISTRICT COURT
ROCKVILLE

True Test Copy
*[signature]*
Administrative Clerk
By: AB  Date: 10/28/2024

☐ Mark this box if this form contains Restricted Information.

**DISTRICT COURT OF MARYLAND FOR** _____
Located at _____
Court Address _____ Telephone _____
City/County _____
Case No. XD-06-CV-24-82689

NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.

Name of Petitioner on Original Court Order: Meghan Harlee
vs.
Name of Respondent on Original Court Order: Clark Cheney

Street Address, Apt. No.: 10301 Grosvenor Pl
City, State, Zip: North Bethesda, MD 20852
Home: 443-804-0372

Street Address, Apt. No.: 407 U St NW
City, State, Zip: Washington, D.C. 20001
Home: 202-253-7195

E-mail _____ Work Telephone _____
E-mail _____ Work Telephone _____

## PETITION FOR CONTEMPT – PEACE ORDER
(Md. Rule 15-206)

If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.

I am the ☑ petitioner ☐ respondent in this case.
I state that:
1. On **10/15/2024**, this court ordered the following: Respondent shall not contact (in person, by telephone, in writing or by any other means), attempt to contact.

2. That **Clark Cheney** has violated the court order as follows: (state in detail when, where, and how the violation occurred) The respondent reached out to a third party to contact my father by email. The email contact was not clear, but regardless, it broke the temporary peace order. The email was sent on 10/15/2024 after the temporary peace order was filed.

I request that this court pass an order finding that **Clark Cheney** is in contempt of court, and granting any other relief that is necessary in this case. ☑ I request that the court send the respondent to jail until the court's order is obeyed.

Date: 10/16/2024
Street Address: 10301 Grosvenor Pl
City, State, Zip: North Bethesda, MD 20852

Signature: *Meghan Harlee*
Printed Name: Meghan Harlee

E-mail _____
Home Telephone: 443-804-0372
Fax _____
Work Telephone _____

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice upon the following party or parties by ☐ hand delivery ☑ mailing first-class mail, postage prepaid on **10/16/2024** to:

Name: Clark Cheney
Address: 407 U Street NW
City, State, Zip: Washington DC 20001

Name: _____
Address: 10301 Grosvenor Pl
City, State, Zip: North Bethesda, Maryland 20852

Date: 10/16/2024
Signature of Party Serving: *[signature]*

## DESCRIPTION OF ALLEGED VIOLATOR

Home Address: 407 U St NW, Washington, D.C. 20001
Home Telephone: 443-804-0372  Work Address: 500 E St SW, Washington DC 20436
Work Telephone: _____ Employer: _____
Work Hours: 9-5pm  Other Places/Times They Can Be Found: _____
DESCRIPTION: Driver's License # N/A  State ____ Race W  Sex M  Ht 6'0
Wt N/A  Hair Br  Eyes Br  DOB N/A  FBI # N/A  SID # N/A
Complexion ____ Tattoos, Marks, Scars N/A  Other ____

DC-PO-007 (Rev. 08/2024)  PECPO