☐ Mark this box if this form contains Restricted Information.

True Test Copy
*[signature]*
Administrative Clerk
By *AB* Date: 10/28/2024

**DISTRICT COURT OF MARYLAND FOR** _____
City/County
Located at _____
Court Address
Telephone _____
Case No. _____

*NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.*

Petitioner (Person seeking protection): Mahan Harlee
Street Address, Apt. No.: 10201 Grosvenor Pl
City, State, Zip: North Bethesda, MD 20852
Home: _____ Work: 443-804-0372
Telephone Number(s)

vs.

Respondent (Person alleged to have committed the prohibited act): Clark Cheney
Street Address, Apt. No.: 407 U Street NW, District of Columbia
City, State, Zip: Washington DC 20001
Home: 202-253-2500 Work: 7195
Telephone Number(s)

## PETITION FOR PEACE ORDER
### (Courts and Judicial Proceedings § 3-1503)

If this submission contains Restricted Information (confidential by statute, rule, or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.

1. I (the petitioner) am seeking protection from the respondent __Clark Cheney__ for
☒ myself  ☐ a minor child over whom I have custody or guardianship  ☐ my minor child(ren) who is/are not in my custody
_____ Name(s) of children
☐ an adult over whom I have guardianship or Power of Attorney
☐ my employee _____ Name _____ for an act or acts that occurred at the employee's workplace
as a result of the following act(s) committed by the respondent **within the last 30 days** on the dates stated below (*check all that apply*):

☐ kicking  ☐ punching  ☐ choking  ☐ slapping  ☐ shooting  ☐ hitting with object  ☐ stabbing  ☐ shoving
☐ threats of violence  ☒ harassment  ☒ stalking  ☐ detaining against will  ☐ trespass
☐ malicious destruction of property  ☐ misuse of telephone facilities and equipment
☐ misuse of electronic communication or interactive computer service  ☐ revenge porn  ☐ visual surveillance
☐ other _____

The details of what happened are: On September 25, 2024, authorities were contacted by Clark Cheney under false pretenses. Clark Cheney has threatened my life and safety on multiple occasions occasions including from April. The dates are April 29, 30, July 9, August 23 (all in 2024) and the most recent being on September 25, 2024. Clark lies to police and states I have a gun and threaten to use it on him and the police come to my house. Clark has even stalked my relatives as well on September 25, 2024.

2. ☐ I am filing this petition on behalf of my minor child(ren) who is/are not in my custody. The minor child(ren) is/are in the care, custody or guardianship of: _____ Name _____, who resides at: _____ Address

3. ☐ I am the legal guardian of the minor child(ren) for whom relief is sought. The parents of the child(ren) are:

| Child's Name | Parent's Name | Parent's Address |
|---|---|---|
| | | |
| | | |
| | | |

4. I know of the following court cases involving the respondent and the person(s) for whom I am seeking protection:

| Court | Kind of Case | Year Filed | Results or Status (if you know) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DC-PO-001 (Rev. 08/2024)　　　　　　　　　Page 1 of 2　　　　　　　　　PETPC

5. Describe all other harm the respondent has caused to the person(s) for whom you are seeking protection, and give date(s), if known: Purposely calling relatives at their job to tell false information about a nonexistent gun threat. Clark has a weird obsession with trying to portray me as a criminal.

6. I want the respondent to be ordered:
   ☑ NOT to commit or threaten to commit any of the acts listed above against __Meghan Harlee__
                                                                                                               Name
   ☑ NOT to contact, attempt to contact, or harass __Meghan Harlee__
                                                                                                                Name
   ☐ NOT to go to the residence(s) at _____
                                                           Address
   ☐ NOT to go to the school(s) at _____
                                          Name of school and address
   ☐ NOT to go to the workplace(s) at _____
   ☐ To go to counseling.  ☐ To go to mediation.  ☑ To pay the filing fees and court costs.
   ☐ Other specific relief: _____

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

__10/15/2024__                                                        __Meghan Harlee__
Date                                                                                             Petitioner

### NOTICE TO PETITIONER

Any individual who knowingly provides false information in a Petition for Peace Order is guilty of a misdemeanor and on conviction is subject to a fine not exceeding $1,000 or imprisonment not exceeding 90 days or both.

If you are an employer, you must notify the employee **before** filing a Petition for Peace Order. An employer may not retaliate against an employee who does not provide information for or testify at a peace order proceeding.



True Test Copy
_Kaitlin S He____
Administrative Clerk
By: ____AB____ Date: 10/28/2024

**DISTRICT COURT OF MARYLAND FOR** Montgomery County
City/County

Located at 191 E Jefferson Street Rockville MD 20850    Case No. _____
Court Address

Meghan Harlee                vs.    Clark Cheney
Petitioner                              Respondent

## PEACE ORDER SUPPLEMENT

### Dating Violence

1. Do you contend that YOU are (or were) in a dating relationship whereby the respondent engaged in a course of conduct with the intent to kill, injure, intimidate, or harass you in a manner that placed you in a reasonable fear of death or physical harm?

   Yes ☐     No ☑

### Sexual Assault

2. Do you contend that the respondent engaged in a sexual assault against you and without your consent that placed you in fear of physical harm or danger?

   Yes ☐     No ☑

### Stalking

3. Do you contend that the respondent has engaged in a malicious course of conduct in which the respondent approached or pursued you with the intent to place you in reasonable fear of serious bodily injury or death?

   Yes ☑     No ☐

_____
Signature of Petitioner

DC/PO 1S (Rev. 2/2003)

True Test Copy
_Kathie S Hef_
Administrative Clerk
By: _AB_  Date: 10/28/2024

☐ Mark this box if this form contains Restricted Information.

**DISTRICT COURT OF MARYLAND FOR** _____

Located at _____  City/County _____
Court Address  Telephone _____
Case No. _____

NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing so risks further harm.

_____ Clark Cheney
Respondent's Name

**PETITION FOR PROTECTION/PEACE ORDER CONTINUATION SHEET**

Page ____ of ____

If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.

Clark Cheney is a former colleague that is harassing me post termination. I was fired on April 29, 2024, and Clark has purposely called police on April 29, 30, July 9, August 23, and September 25, 2024 to spread a lie that I threatened another colleague with a gun. It has been 6 months and he will not stop. I have received verbal threats that he will not stop until he can get a peace order against me and I am jailed. Clark Cheney calls the police and tells them that I am in the house with a gun. He also has told police that I am a gang member. The officer that came at on August 23, 2024, from Montgomery County Sheriffs office, suggested I got a peace order against Clark. I went to the Commissioner but my relief was denied. The Commissioner stated that him calling the police and lying about a gun was "a nuisance" but not against the law. The Commissioner also stated that he felt that Clark would not do it again, but he called the police again on September 25, 2024.

10/15/2024
Date

True Test Copy
_____
Administrative Clerk
By: AB   Date: 10/28/2024

_____
Petitioner's Signature

DC-DV-PO-001C (Rev. 08/2024)

☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR _____ City/County

Located at _____ Case No. _____
Court Address

Meghan Harlee                vs.   Clark Cheney
Petitioner                          Respondent

## ADDENDUM TO PETITION FOR PEACE ORDER

> Failure to provide information on this addendum may prevent law enforcement from processing the court's Peace Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible.

### DESCRIPTION OF RESPONDENT

| Field | Value |
|---|---|
| Full Name: | Clark Cheney |
| Date of Birth: | October |
| Approximate Age: | 49 |
| Race: | W |
| Sex: | M |
| Height: | 6'0 |
| Weight: | |
| Hair Color: | Br |
| Eye Color: | Br |
| Skin Tone: | |
| Scars, Tattoos: | N/A |
| Home Address: | 407 U Street NW, Washington DC 20001 |
| City, State, Zip: | |
| Telephone/Cell Phone Number: | 202-253-7195 |
| Employer: | United States International Trade Commission |
| Work Address: | 500 E St SW, Washington DC 20436 |
| Work Hours: | 9-5pm |
| City, State, Zip: | Washington DC 20436 |
| Telephone Number: | N/A |
| Vehicle Make: | |
| Model/Color: | |
| Year: | |
| Tag #: | |
| Weapons: | |
| Other locations or information about Respondent: | |

### PETITIONER
(Person Requesting Assistance)

| Field | Value |
|---|---|
| Full Name: | Meghan Harlee |
| Date of Birth: | 11/21/1995 |
| Age: | 28 |
| Race: | B/I |
| Sex: | F |
| Height: | 5'7 |
| Weight: | |

### INFORMATION ABOUT OTHER PERSONS FOR WHOM PETITIONER REQUESTS RELIEF

| Full Name: | Race: | Sex: | Date of Birth: | Weight: | Approx. Age: |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Petitioner's Signature: _Meghan Harlee_     Date: 10/15/2024

Petitioner's Telephone Number: 443-804-0372

CC-DC-PO-001A (Rev. 01/2024)

True Test Copy
_Katie S Hy_
Administrative Clerk
By: _AB_    Date: 10/28/2024

 

# DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

191 EAST JEFFERSON ST, ROCKVILLE, MD 20850
301-563-8895

Case No. D-06-CV-24-826898

## MEGHAN HARLEE vs CLARK CHENEY

### ADDENDUM TO PETITION FOR PEACE ORDER

Failure to provide information on this addendum may prevent law enforcement from processing the court's Peace Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible.

### DESCRIPTION OF RESPONDENT

| Full Name: CHENEY, CLARK | | | | | | Date of Birth: | Approximate Age: 49 |
|---|---|---|---|---|---|---|---|
| Race: W | Sex: M | Height: 6' 0" | Weight: | Hair Color: BRO | Eye Color: BRO | Skin Tone (Light/ Medium/ Dark): | |

Scars, Tattoos (where on body and description):
N/A

Home Address
407 U STREET NW

City, State, Zip
WASHINGTON, DC 20001

Telephone/Cell Phone Number:
202-253-7195

Employer:
UNITED STATES INTERNATIONAL TRADE COMMISION

Work Hours:
9-5

Work Address
500 E ST SW

City, State, Zip
WASHINGTON, DC 20436

Telephone Number:

| Vehicle Make: | Model/ Color: | Year: | Tag#: |
|---|---|---|---|

Weapons:

Other locations or information about Respondent:

### PETITIONER
(Person Requesting Assistance)

| Full Name: HARLEE, MEGHAN | | | | Date of Birth: 11/21/1995 | Approximate Age: 28 |
|---|---|---|---|---|---|
| Race: B | Sex: F | Height: 5' 7" | Weight: | | |

True Test Copy
_Kaatha S Hy_
Administrative Clerk
By: _AB_ Date: 10/28/2024

Date 10/15/2024 .................... Petitioner's Signature........................

Petitioner's Telephone Number: ....................
CC-DC-PO-001A (Rev. 01/2024)